Herbert Cecil Pelly, Respondent. v. Henry Nay-

lor, Appellant, Impleaded, etc. — Judgment reversed and new trial ordered, with costs to appellant to abide event. Opinion by Daniels, J.